No. 267. W. C. SINGLETON *v.* STATE OF GEORGIA. Error to the Supreme Court of the State of Georgia. Submitted January 29, 1925. Decided March 2, 1925. *Per Curiam.* Dismissed for the want of jurisdiction, upon the authority of section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5, 6: *Mr. G. Y. Harrell* and *Mr. John C. Cooper* for plaintiff in error, submitted. No brief filed for defendant in error.

---

No. 590. J. C. CROWSON *v.* MICHAEL CODY ET AL. Error to the Supreme Court of the State of Alabama. Submitted December 8, 1924. Decided March 2, 1925. Petition for rehearing denied. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5, 6; *Ireland* v. *Woods,* 246 U. S. 323, 328; *Stadelman* v. *Miner,* 246 U. S. 544, 546; *Chicago Great Western R. R. Co.* v. *Basham,* 249 U. S. 164, 165; *Citizens' Bank* v. *Opperman,* 249 U. S. 448, 450. (See 266 U. S. 590.) *Mr. W. A. Gunter* for plaintiff in error. *Mr. Fred S. Ball* for defendants in error.

---

No. —. *Ex parte:* IN THE MATTER OF IVAN GLAVA-DANOVIC. March 2, 1925. Motion for leave to file a petition for a writ of mandamus herein denied. *Ivan Glavadanovic* pro se.